Kevin Y. Jacobson, Esq.
QUILL & ARROW, LLP
10900 Wilshire Boulevard, Suite 300
Los Angeles, California 90024
T: 310-933-4271
F: 310-889-0645
kjacobson@quillarrowlaw.com

Attorneys for Plaintiff
Gabriel C. Kossol

Georges A. Haddad, Esq. SBN 241785
Michael B. Sachs, Esq. SBN 235048
CLARK HILL LLP
One Embarcadero Center, Suite 400
San Francisco, California  94111
Telephone:   (415) 984-8500
Facsimile:    (415) 984-8599
Email:          ghaddad@clarkhill.com
                    msachs@clarkhill.com

Attorneys for Defendant
FCA US LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL C. KOSSOL, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:19-CV-02316-JAM-DMC<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE WITH THE COURT RETAINING JURISDICTION OVER THE SETTLEMENT** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

**ORDER**

The Court, having considered the Joint Stipulation to Dismiss the Case With Prejudice With the Court Retaining Jurisdiction Over the Settlement filed by the parties, and upon finding that good cause exists, hereby ORDERS as follows:

1. The Joint Stipulation is Granted;
2. The Court Dismisses this matter With Prejudice
3. The Court retains jurisdiction over the settlement and its terms.

IT IS SO ORDERED.

DATED:   August 19, 2020          /s/ John A. Mendez
                                  Hon. John A. Mendez
                                  United States District Court Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of August, 2020, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then be sent Electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail to any counsel of record indicated as non-registered participants.

Dated: August 19, 2020

/s/ Michael Sachs
Michael Sachs

| Kevin Y. Jacobson, Esq.<br>**QUILL & ARROW, LLP**<br>10900 Wilshire Boulevard, Suite 300<br>Los Angeles, California 90024<br>T: 310-933-4271<br>F: 310-889-0645<br>kjacobson@quillarrowlaw.com | *Attorney for Plaintiff*<br>**GABRIEL C. KOSSOL** |
|---|---|